UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ABDUL MEHAMED SIED,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN K. MCALEENAN, et al.,<br><br>    Respondents. | Case No. 17-cv-06785-LB<br><br>**ORDER OF DISMISSAL**<br>Re: ECF No. 92 |

In accordance with the parties' joint statement (ECF No. 92), the court hereby orders as follows.

WHEREAS, the preliminary injunction and order dated March 2, 2018 (ECF No. 46) has terminated in connection with the final non-appealable decision of the Board of Immigration Appeals dated December 6, 2018, granting Petitioner's statutory motion to reopen immigration proceedings and vacating Petitioner's May 10, 2016 removal order;

WHEREAS, Respondents have complied with the Court's order dated April 19, 2018 (ECF No. 60) by holding an individualized bond hearing for Petitioner before an Immigration Judge within the 21-day period ordered;

WHEREAS, Petitioner is no longer subject to the conditions of custody challenged by his petition for writ of habeas corpus (ECF No. 1);

IT IS HEREBY ORDERED, that this action is dismissed without prejudice as moot. The Clerk shall close the case file associated with this action.

**IT IS SO ORDERED.**

Dated: May 1, 2019

_____
LAUREL BEELER
United States Magistrate Judge